# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Tido Maurice Thompson ,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-00591-GCM

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/4/2012 Order.

                                                    Signed: December 5, 2012

Frank G. Johns, Clerk
United States District Court