# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tido Maurice Thompson ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-00591-GCM

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/4/2012 Order.

Signed: December 5, 2012

Frank G. Johns, Clerk
United States District Court